# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

MARSHALL G. HILES,  
    Plaintiff

vs.

ARMY REVIEW BOARD  
AGENCY, et al.,  
    Defendants

Case No. 1:12-cv-673

Weber, J.  
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). (Doc. 1). Plaintiff's affidavit indicates that he has approximately $40,000 in cash on hand or in a savings, checking, or other account. *Id.* at 3.

The Court is unable to conclude from plaintiff's affidavit that his assets are insufficient to provide himself with the necessities of life and still have sufficient funds to pay the full filing fee of $350.00 in order to institute this action. *See Adkins v. E.I. DuPont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948). Therefore, plaintiff's motion to proceed *in forma pauperis* (Doc. 1) should be **DENIED**.

### IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's motion for leave to proceed *in forma pauperis* be **DENIED**.

2. Plaintiff be **GRANTED** an extension of time of thirty (30) days from the date of any Order adopting this Recommendation to pay the required filing fee of $350.00 or to submit an affidavit showing his income, assets, and debts are such that he is unable to provide himself and his family with the necessities of life and still have sufficient funds to pay the full filing fee of $350.00 in order to institute this action. *See Adkins v. E.I. DuPont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948). Plaintiff's complaint should not be deemed "filed" until the appropriate filing fee is

paid or he is granted leave to proceed *in forma pauperis*. See *Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). Plaintiff should also be advised that if he fails to pay the filing fee or submit an affidavit in support of his application to proceed *in forma pauperis* within the thirty (30) day time limit this matter will be closed.

Date: 9/20/2012

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| MARSHALL G. HILES,<br>Plaintiffs | Case No. 1:12-cv-673 |
| vs. | Weber, J.<br>Litkovitz, M.J. |
| ARMY REVIEW BOARD<br>AGENCY, et al.,<br>Defendants | |

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. See *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).