# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARSHALL G. HILES,

       Plaintiff

       v.                                                    C-1-12-673

ARMY REVIEW BOARD
AGENCY, *et al.*,

       Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 2) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

**The Report and Recommendation of the United States Magistrate Judge (doc. no. 2) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (doc. no. 1) is DENIED. Plaintiff has paid the appropriate filing fee and his Complaint (doc. no. 6) is filed.**

**This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.**

**IT IS SO ORDERED.**

                                                **s/Herman J. Weber**
                                        **Herman J. Weber, Senior Judge**
                                           **United States District Court**