# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARSHALL G. HILES,<br>    Plaintiff, | Case No. 1:12-cv-673 |
| vs. | Black, J.<br>Litkovitz, M.J. |
| ARMY REVIEW BOARD AGENCY, *et al.*,<br>    Defendants. | **REPORT**<br>**AND RECOMMENDATION** |

This matter is before the Court on plaintiff's motion for the Court to stay this case. (Doc. 116). Plaintiff requests a stay of the requirement that he file his notice of appeal by August 22, 2016, due to family health issues and plaintiff's desire to find counsel to handle his appeal. *Id*. On August 22, 2016, plaintiff filed his notice of appeal. (Doc. 117).

Accordingly, it is hereby **RECOMMENDED** that plaintiff's motion to stay this case be **DENIED** as moot.

Date: 10/19/16

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARSHALL G. HILES,
    Plaintiff,

vs.

ARMY REVIEW BOARD AGENCY, *et al.*,
    Defendants.

Case No. 1:12-cv-673

Black, J.
Litkovitz, M.J.

### NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).