UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARSHALL G. HILES, | : | Case No. 1:12-cv-673 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| ARMY REVIEW BOARD AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING
THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 118)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 19, 2016, submitted a Report and Recommendations. (Doc. 118). No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly, Plaintiff's motion to stay this case (Doc. 118) is **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

Date: 11/8/16

Timothy S. Black
United States District Judge